**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Magellan Technology, Inc.,<br>Ectoworld LLC d/b/a DemandVape,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>Defendant. | Court No. 20-02953 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ectoworld LLC d/b/a DemandVape and its counsel along with the Notice of Stipulation of the Defendant dated July 21, 2026 filed in the lead case 21-cv-00052 Dic, 590, a copy of which is attached hereto, it is hereby stipulated that the herein Section 301 case be dismissed with each party bearing its own costs and fees.

Dated: September 26, 2026

**POTOMAC LAW GROUP, PLLC**

Meixuan (Michelle) Li
Potomac Law Group PLLC
1717 Pennsylvania Avenue, NW, Suite 1025
Washington, D.C., 20006
Telephone: (202) 830-5905
Fax: (202) 318-7707
mli@potomaclaw.com

*Counsel for Plaintiff Ectoworld LLC d/b/a DemandVape*

**CERTIFICATE OF SERVICE**

On September 28, 2026, I filed the forgoing document with the clerk of the United States Court of International Trade using the Court's electronic filing system that will serve a copy on all counsel and/or parties of record.

Meixuan (Michelle) Li

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
THE HONORABLE CLAIRE R. KELLY, JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| In Re 301 Cases | ) | No. 21-00052 |

**NOTICE OF STIPULATION**

Pursuant to the Court's Order dated July 6, 2026, defendant provides this notice that it stipulates to the dismissal of any Section 301 Case in which a status report has not been filed by a plaintiff. In its July 6, 2026 order, the Court stated its intention to "dismiss any Section 301 Case that is not identified for further litigation." This notice confirms that defendant stipulates to the dismissal of any Section 301 case that is not identified for further litigation by the filing of a status report, with each party to bear its own costs and fees.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s Justin. R. Miller, by s/ Claudia Burke
JUSTIN R. MILLER
Attorney-In-Charge
SOSUN BAE
Senior Trial Counsel
International Trade Field Office
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278

July 21, 2026

*Attorneys for Defendant*